IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHANE HECTOR,<br>Plaintiff,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary,<br>U.S Dept. of Homeland Security,<br>Defendant. | )<br>)<br>)<br>)<br>)    Civil No. 1:19-cv-1481<br>)<br>)<br>)<br>)<br>) |

## ORDER TO SHOW CAUSE

This matter comes before the Court on a review of the docket. In December 2020, an Order issued granting in part and denying in part defendant's motion to dismiss. Thereafter, at the end of January 2021, defendant sought and obtained leave to file an answer out of time. Since that time, no scheduling order was entered or requested, and no filings have been made in the case.

Accordingly,

It is hereby **ORDERED** that the parties are **DIRECTED** to **SHOW CAUSE** why this case should not be dismissed.

The Clerk of Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 13, 2021

/s/
T. S. Ellis, III
United States District Judge